JOHNSTON, Special Administratrix, Respondent, vs. KEE-SHIN MOTOR EXPRESS COMPANY and others, Appellants.

For the appellants: *Olin & Butler* of Madison.

For the respondent: *Hill, Beckwith & Harrington* of Madison.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 7, 1939.